# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF PENNSYLVANIA

CHAMBERS OF
**TIMOTHY J. SAVAGE**
DISTRICT JUDGE

7614 UNITED STATES COURTHOUSE
INDEPENDENCE MALL
PHILADELPHIA, PENNSYLVANIA 19106
267-299-7480

September 9, 2004

The Honorable Mary M. Lisi
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

Dear Judge Lisi:

In response to your letter of August 4, 2004, I enclose an amended Part VII, pages 1 and 2. The amendments provide the information requested in your letter.

Sincerely yours,

TIMOTHY J. SAVAGE

TJS\bh
Enc.

RECEIVED SEP 17 11 11 AM '04 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Savage, Timothy J | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Lawrence J. Roberts, Esquire-Mortgage | D | Interest | L | T | | 3/01 | F | | |
| 2. Mortgage - Edward & Deborah Bednarz | A | Interest | J | U | | | | | |
| 3. OBJX - Common Stock | | None | J | T | | | | | |
| 4. NGWY - Common Stock | | None | | | | | | | |
| 5. AXA - Common Stock | A | Dividend | J | T | | | | | |
| 6. Summit Bancorp - Common Stock | | None | J | T | | | | | |
| 7. Joseph Manley - Commodity Investment Pool | B | Dividend | K | T | | | | | |
| 8. Bridesburg FCU | A | Interest | J | T | | | | | |
| 9. Alger Mutual Fund | | None | J | T | | | | | |
| 10. AIM Weingarten - Mutual Fund | A | Dividend | J | T | | | | | |
| 11. Righttime - Blue Chip - Mutual Fund (Federated Capital) | A | Dividend | K | T | | | | | |
| 12. Nationwide - Best of America - Annuities (2) | | None | L | T | | | | | |
| 13. PYDS replaced BLLS - Common Stock | | None | J | T | | | | | |
| 14. MAI Systems replaced NOW - Common Stock | | None | J | T | | | | | |
| 15. MEDC - Common Stock | | None | J | T | | | | | |
| 16. IMAX | | None | J | T | Buy | 6/04 | J | | |
| 17. VGR - Common Stock | D | Dividend | L | T | Buy | 6/04 | J | | |
| 18. LTS - Common Stock | | None | | | Sell | 6/04 | J | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Savage, Timothy J | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | FPLY - Common Stock | | None | | | Sell | 12/30 | J | A | |
| 20. | PYDS replaced Billserv, Inc. -restricted stock | | None | J | T | | | | | |
| 21. | Knights of Columbux FCU | A | Interest | J | T | | | | | |
| 22. | Ocean City Home Bank - Accounts | A | Interest | J | T | | | | | |
| 23. | Mellon Bank - Accounts | A | Interest | J | T· | | | | | |
| 24. | DSWT - Common Stock | | None | J | T | | | | | |
| 25. | Evergreen Money Market | | Dividend | J | T | | | | | |
| 26. | Trust #1 | A | Dividend | J | T | | | | | |
| 27. | -BGL | | | | | | | | | |
| 28. | -VGR | | | | | | | | | |
| 29. | -ACR | | | | | | | | | |
| 30. | Trust #2 | A | Dividend | J | T | | | | | |
| 31. | -BGL | | | | | | | | | |
| 32. | -VGR | | | | | | | | | |
| 33. | -ACR | | | | | | | | | |

1. Income/Gain Codes:      A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000     G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:            J = $15,000 or less      K = $15,001-$50,000       L = $50,001-$100,000        M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000    O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                           P3 = $25,000,001-$50,000,000                       P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal            R = Cost (Real Estate Only)   S = Assessment           T = Cash/Market
                           U = Book Value           V = Other                 W = Estimated

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Savage, Timothy J | 2. Court or Organization<br><br>Eastern Dist. Of Pennsylvania | 3. Date of Report<br><br>5/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,  Date<br><br>◯ Initial  ⦿ Annual  ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>7614 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Sole Officer, Director, Shareholder | Timothy J. Savage, P.C. |
| 2. Partner | Savage & Savage (Real Estate Investment) |
| 3. Custodian | Trust #1 |
| 4. Custodian | Trust #2 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1977 | State Employees' Retirement System (SERS), Pension |
| 2. 2002 | Lawrence J. Roberts, Esquire - sale of former law practice, no control |

RECEIVED 2004 JUN -1 A 11: 53 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Timothy J. Savage, P.C. | 123,557 |
| 2. | 2003 | Commonwealth of Pennsylvania SERS | 28,990 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | NYIPLA | 3/28/03 - New York, New York (Travel, Meals, Room) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Savage, Timothy J | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Lawrence J. Roberts, Esquire | D | Interest | L | T | | | | | |
| 2. Mortgage - Edward & Deborah Bednarz | A | Interest | J | U | | | | | |
| 3. OBJX - Common Stock | | None | J | T | | | | | |
| 4. NGWY - Common Stock | | None | | | | | | | |
| 5. AXA - Common Stock | A | Dividend | J | T | | | | | |
| 6. Summit Bancorp - Common Stock | | None | | | | | | | , |
| 7. Joseph Manley - Commodity Investment Pool | B | Dividend | K | T | | | | | |
| 8. Bridesburg FCU | A | Interest | J | T | | | | | |
| 9. Alger Mutual Fund | | None | J | T | | | | | |
| 10. AIM Weingarten - Mutual Fund | A | Dividend | J | T | | | | | , |
| 11. Righttime - Blue Chip - Mutual Fund (Federated Capital) | A | Dividend | K | T | | | | | |
| 12. Nationwide - Best of America - Annuities (2) | | None | L | T | | | | | |
| 13. PYDS replaced BLLS - Common Stock | | None | J | T | | | | | |
| 14. MAI Systems replaced NOW - Common Stock | | None | J | T | | | | | , |
| 15. MEDC - Common Stock | | None | J | T | | | | | |
| 16. IMAX | | None | | | Buy | 6/04 | J | | |
| 17. VGR - Common Stock | D | Dividend | L | T | Buy | 6/04 | J | | |
| 18. LTS - Common Stock | | None | | | Sell | 6/04 | J | A | , |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Savage, Timothy J | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. FPLY - Common Stock | | None | | — | Sell | 12/30 | J | A | |
| 20. PYDS replaced Billserv, Inc. -restricted stock | | None | J | T | | | | | |
| 21. Knights of Columbux FCU | A | Interest | J | T | | | | | |
| 22. Ocean City Home Bank - Accounts | A | Interest | J | T | | | | | |
| 23. Mellon-Bank - Accounts | A | Interest | J | T | | | | | |
| 24. DSWT - Common Stock | | None | J | T | | | | | , |
| 25. Evergreen Money Market | | Dividend | J | | | | | | |
| 26. Trust #1 | A | Dividend | J | T | | | | | |
| 27. -BGL | | | | | | | | | |
| 28. -VGR | | | | | | | | | , |
| 29. -ACR | | | | | | | | | |
| 30. Trust #2 | A | Dividend | J | T | | | | | |
| 31. -BGL | | | | | | | | | |
| 32. -VGR | | | | | | | | | , |
| 33. -ACR | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part III. Non-Investment Income (Continuation)

The gross income figure on line 1 was generated from residual fee payments for services rendered prior to appointment to a professional corporation solely owned by the reporter.

Payments to Timothy J. Savage, P.C., a Subchapter S corporation, for sale of assets of law practice were passed through to reporter for tax purposes.

Part VII. Investments and Trusts (Continuation)

The stocks listed on lines 3 and 4 are worthless and have been written-off.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu[redacted]

Date _May 7, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544